Steven Klein
(Name)

P.O. Box 2199
(Address)

Blythe, CA 92226
(City, State, Zip)

AZ9548
(CDCR / Booking / BOP No.)

*Related*
DDJ

2019 SEP 18 AM 10:53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED

# United States District Court
## Southern District of California

Steven Klein
_____,

(Enter full name of plaintiff in this action.)

                          Plaintiff,

v.

Molly C. Dwyer
_____,
Karen M. Burton
_____,
John Doe(s)
_____,
Jane Doe(s)
_____,
_____,
(Enter full name of each defendant in this action.)

                          Defendant(s).

)
)CV19-8062-DSF (AS)
)
) Civil Case No._____
) (To be supplied by Court Clerk)
)
)
)
) **Civil Rights Complaint**
) per 28 U.S.C. § 1331
) and *Bivens v. Six Unknown*
) *Named Agents of Federal Bureau*
) *of Narcotics*, 403 U.S. 388 (1971)
)
)
)
) **RECEIVED**
)
)     9-16-19
)           C

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331 and *Bivens*. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, __Steven Klein__
                                                              (print Plaintiff's name)
_____, who presently resides at __Ironwood State Prison (CDCR)__
                                                              (mailing address or place of confinement)
__19005 Wiley's Well Rd. Blythe, CA 92226_____, were violated by the actions of the

below named individuals. The actions were directed against Plaintiff at __Ironwood State Prison,__

__Blythe, CA 92226_____ on (dates) __7/21/2019__, __8/7/2019__, and __8/18/2019__.
(institution/place where violation occurred)         (Count 1)         (Count 2)         (Count 3)

*Bivens* SD Form
(Rev. 8/15)

                                        8/20/2019     8/26/2019    ,and 8/28/2019
                                        (Count 4)    (Count 5)        (Count 6)

EXHIBITS

EX. A - July 21, 2019 "Notice of delay."

EX. B - August 7, 2019 "Notice of delay."

EX. C - August 18, 2019 "Notice of delay."

EX. D - August 19, 2019 "Notice of delay." (delivered CERTIFIED)

EX. E - August 20, 2019 "Notice of delay."

EX. F - August 26, 2019 "Notice of delay."

EX. G - August 28, 2019 "Notice of delay."

EX. H - July 2, 2019 "Request for Court Docket," which court did honor, as the Court Docket reflects. (see; Docket # 12/USCA: 18-56585)

EX. I - August 15, 2019; "Judicial Complaint" for which the USCA Clerk's office is responsible for processing. As of the filing of this document, the Court Clerk's office has not communicated as to having received said document; consistent with all of the above filings.

Ex. J - California Department of Corrections "CDC-119" Legal/Confidential (outgoing-mail) ledger; covering all of the above dates, specifically, June 12, thru September 3, 2019, wherein, CDCR documented my having forwarded each of the above articles as addressed on each EXHIBIT, contained herein.

Ex. K - September 10, 2019 "Notice of delay."

Ex. L - Informa Pauperis application

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant __Molly C. Dwyer__ resides in __San Francisco__,
   (name)                                              (County of residence)
and is employed as a __U.S. Court of Appeals Clerk's Office__. This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: __Molly C. Dwyer is the Court Clerk in the U.S. Court of Appeals in the__
__Ninth Circuit; thus a Federal Employee__
_____.

Defendant __Karen M. Burton__ resides in __San Francisco__,
   (name)                                              (County of residence)
and is employed as a __Deputy Clerk__. This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: __Karen M. Burton is a Deputy Clerk in the U.S. Court of Appeals in the__
__Ninth Circuit; thus a Federal Employee__
_____.

Defendant __John Doe(s)__ resides in __San Francisco__,
   (name)                                              (County of residence)
and is employed as a __U.S.C.A. Clerk's Office employee__. This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: __John Doe(s) are employee's in the U.S.C.A. Ninth Circuit Clerk's Office;__
__thus a Federal Employee__
_____.

Defendant __Jane Doe(s)__ resides in __San Francisco__,
   (name)                                              (County of residence)
and is employed as a __U.S.C.A. Clerk's Office Employee__. This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: __Jane Doe(s) are Employee's in the U.S.C.A. Ninth Circuit Clerk's Office:__
__thus a Federal Employee__
_____.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Right of Access to the Courts: Deprivation of First Amend. (Petition the Courts) Fifth, (E.g., medical care, excessive force, etc.) & Fourteenth (Due Process of Law) Const. Amend

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

The U.S.C.A. Clerk's Office in refusing to fulfill the rudimentary demands of their job description, have created an impediment to Plaintiff's "Right of Access to the Courts;" thus depriving Plaintiff of his "Right to obtain Judicial Review of the legality of confinement." Plaintiff proffers the following evidence evincing his attempts at communicating directly with Defendent's: Molly C. Dwyer, and Karen M. Burton.

Count 1: 7/21/2019; Letter and "Form 26; Notice of Delay" communicating to Clerk's Office pursuant to Circuit Rule 25-2(1) "a motion has been pending for longer than 4 months." (two envelopes were sent with identical contents)

Count 2: 8/7/2019; 5 envelopes with identical contents were forwarded to Molly C. Dwyer addressing the undue delay and her office's failure to repond, or calender pending matter for the issuing of "Certificate Of Appealability." ((COA)hereafter).

Count 3: 8/18/2019; 4 letters sent: 2 to Molly C. Dwyer (Clerk of Court) and 2 letters to Karen M. Burton (Deputy Clerk); each identical letter communicates there is an absence of prosecution for Plaintiff's pending motion requesting (COA).

Count 4: 8/20/2019; 1 large legal size envelope addressed to Molly C. Dwyer is sent, again, communicating the absence of prosection for request for (COA). This particular article is sent "Certified" whereas the enclosed attachment verifies it having been delivered on 8/23/2019, via USPS tracking # "7017 0660 0000 2396 3097"

Count 5: 8/26/2019; 1 large legal size envelope with letter addressing absence of prosecution.

Count 6: 8/28/2019; 1 large legal size envelope, again, communicating the same; lack of proscution, failure of clerk's office to communicate and provide updated Court docket reflecting Plaintiff having communicated to the court the "Notice of Delay."

The Case number is (18-56585) for which Plaintiff's original application for (COA) was submitted on 1/29/2019 (Dkt.#5); ironically, Deputy Clerk Karen M. Burton issued a "STAY" on 1/30/2019 (Dkt.#4).

(Cont' on Pg. 4)

~~Count 2.~~ The following civil right has been violated: _____

(E.g., medical care, excessive force, etc.)

_____.

Supporting Facts:   [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

**(cont')**

Plaintiff's action stems from a Habeas Petition (3:17-cv-00380-(JAH)(RBM)) which was filed in February of 2017. Due to the United States Supreme Court currently being on recess, Plaintiff is without means to seek relief via Writ of Mandate, pursuant to 28 U.S.C. §1361. Therefore, Plaintiff seeks injuctive relief due to:

1) Defendents with malice aforethough, have orchestrated a stratagem designed to interfere with Plaintiffs Right to access of the Courts, thus depriving Plaintiff of, but not limited to, First, Fifth and Fourteenth Amendment Rights.

2) Plaintiff will continue to suffer the irreparable injury of the continued false imprisonment; thus the subject of some the most cruel & unusual punishment, clearly in violation of the Eighth Amend. Const., as Plaintiff is without medical care for a life threatening condition, for which the foreseeable hazard is imminent; compiled with inhumane & unsanitary conditions, which shock the conscience.

3) The threat of harm Plaintiff is subjected to is far greater than any harm the Clerk's of the Court (Defendents) would face for performing their ministerial duties, were this court to issue a PRELIMINARY INJUNCTION.

4) A PRELIMINARY INJUNCTION will serve the public interest.

     While the Clerk's office may not legally be bound by law to correspond with litigants via mail, they are bound by law to fulfil their obligation of their job description, which includes calendering cases so that litigants may seek judicial review of their matter. There can be no question as to whether the Ninth Circuit Clerk's office was noticed as to the undue delay; the only question that remains is what they did -- or did not do -- once their office learned of the undue delay, on the host of occasions as the accompanying documents evince. By having failed to acknowledge and respond via calendering Plaintiff Klein's Ninth Circuit matter (18-56585), the Clerk's office has deprived Klein of rights while acting under color of law. The right of access to the courts.

Bivens SD Form
(Rev. 8/15)

4

<u>Count 3</u>:  The following civil right has been violated:_____

(E.g., right to medical care, excessive force, etc.)

_____.

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  ☐ Yes  ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____.

(d)  Issues raised: _____

_____

_____

_____

_____.

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, BP-8, BP-9, etc.] ?  ☒ Yes  ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not exhausted.

  Plaintiff sought to lodge a complaint with the Clerk's office, however, each of Plaintiff's filings go unanswered; thus leaving him to believe he is without remedie. (e.g., USSC is on recess, USCA Clerk's defer mandatory duties)

_____

_____

_____

_____

_____.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

       1. An injunction preventing defendant(s): _further deferring from prosecuting_ _and/or calendering Plaintiff's application for Certificate Of Appealability._

       2. Damages in the sum of $ 1,000.00 per day commencing 7/21/2019

       3. Punitive damages in the sum of $ 50,000.00 .

       4. Other: _Reserve the right to amend, due to the accrual of injury(ies)._

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

| ☐ Plaintiff consents to magistrate judge jurisdiction as set forth above. | **OR** | ☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case. |
| --- | --- | --- |

_September 05, 2019_
Date

_____
Signature of Plaintiff

# EXhibit — A

## 7 - 21 - 2019

## Correspondence

## (2 - Letters Sent)

Steven Klein

CDCR # AZ9548

P.O. Box - 2199

Blythe, CA 92226

Court of Appeals Docket # 18-56585

U.S.D.C. Docket # 3:17-cv-00380-JAH-RBM
for Southern District

Steven Klein

      (Appellant)

v.

State of California, et al;
    and/or

Neil McDowell (Warden)

      (Appellee)

U.S. Court of Appeals

In the Ninth Circuit

Post Office Box - 193939

San Francisco, CA 94119-3939

Dear Court Clerk,

At the moment, there is a five (5) month lapse since having submitted the 2/22/2019 Application for (COA). Pursuant to "CIRCUIT ADVISORY COMMITTEE NOTE TO RULE 25-2;" Appellant Klein hereby communicates this undue delay to the Court Clerk so said Clerk may ferret out the hindrance of delay, and calender matter for the expediting of the issuance of (COA).

Clerk, if you would communicate to Appellant Klein via LETTER, your NAME and any HINDRANCE which has inspired said DELAY, such a REPLY would be deeply appreciated, as Appellant is -- once again -- considering the submission of another WRIT OF MANDAMUS, as past delay's warranted;(18-71931).

The USDC denied relief on November 16, 2018; thus rapidly approaching ONE-YEAR mark, yet certain individuals appear determined in their efforts to OBSTRUCT JUSTICE.

Your assiduity is greatly appreciated.

Steven Klein   7/21/2019

*✗ Sent on Sun 7-21-19*
*Sent 2-copies (2 envelopes)*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 26. Notice of Delay

*Instructions for this form:* <u>*http://www.ca9.uscourts.gov/forms/form26instructions.pdf*</u>

**9th Cir. Case Number(s)** | 18-56585

**Case Name** | Steven Klein  v. The State of California, et al

Name(s) of party or parties filing this notice:

> Steven Klein
> CDCR #AZ9548
> P.O. Box - 2199,  Blythe, CA 92226

I am notifying the court that this appeal or petition has been pending before the court for a period in excess of that set forth below:

☒ A motion has been pending for longer than 4 months. (CIRCIUT RULE 25-2)

☐ The parties have not received notice of oral argument or submission on the briefs within 15 months after the completion of briefing.

☐ A decision on the merits has not been issued within 9 months after submission.

☐ The mandate has not issued within 28 days after the time to file a petition for rehearing has expired.

☐ A petition for rehearing has been pending for longer than 6 months.

☐ Other *(describe the nature of the delay)*:

> 2/04/19; Motion for (COA); due to a 1/30/19 motion via 9th Circuit clerk, a stay was issued, inspiring the following:
>
> 2/22/19: Amended Motion for (COA)
>
> 6/13/19: Appellant filed supplemental motion for (COA)
>
>    Today is July 21, 2019, nearly five months since having filed the above 2/22/19 Amended Motion for (COA) and this Appellant's lay-opinion is that there is an undue delay. Appellant respectfully request this court exercise it's jurisdiction and grant (COA) on ripe application.

**Signature** | *[signature]* | **Date** | 7-21-19

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 26** | *New 12/01/2018*

Steven Klein AZ9548
P.O. BOX -2199
Blythe, CA 92226

Legal Mail - 2-0F-2
7-21-19 / CCR 3141 (c)(1) and (2) / 25-2

U.S. Court of Appeals / Ninth Circuit

P.O. Box — 193939

San Francisco, CA 94119-3939

Steven Klein AZ9548
P.O. BOX -2199
Blythe, CA 92226

Legal Mail — 1-of-2
7-21-19 / CCR 3141 (c)(1) and (2) / 25-2

U.S. Court of Appeals / Ninth Circuit

P.O. Box — ▓▓▓▓ 193939

San Francisco, CA 94119-3939

Case 2:19-cv-08062-DSF-AS   Document 1   Filed 09/18/19   Page 12 of 62   Page ID #:12

# EXhibit - B

# 8 - 7 - 2019

## Correspondence

## (5 - Copies / letters Sent)

Steven Klein
CDCR # AZ9548
P.O. Box - 2199
Blythe, CA 92226

Court of Appeals Docket # 18-56585

U.S.D.C. Docket # 3:17-cv-00380-JAH-RBM
for Southern District

Steven Klein
                    (Appellant)

                v.

State of California, et al;
            and/or
Neil McDowell (Warden)
                    (Appellee)

RE: Undue delay, tantamount to
    obstruction of justice; and,
    failure of Court Clerk's office
    to respond to 7/21/2019 Notice
    of delay; Committee rule 25-2.

U.S. Court of Appeals
In the Ninth Circuit
Post Office Box - 193939
San Francisco, CA 94119-3939

Dear Court Clerk, Molly C. Dwyer

    Molly, on 7/21/2019, I, Appellant Steven Klein, notified the court via forwarding
two (2) identical letters as identified in the accompanying attachments, wherein I
specifically requested:
1) Name of Clerk; and
2) Any hindrance which has inspired delay; and
3) Reply to said request.

    It has been several weeks, and I have yet to receive any reply, thus leaving me
to believe there is an impediment to my request for COA in the above entitled matter?

    Would you be so kind as to take the time to see my above entitle matter is receiving
the attention it is due.

    If your office could forward an updated court docket reflecting my having duly
communicated to this court the enclosed "NOTICE OF DELAY: RULE 25-2," it would be
greatly appreciated.

Thank you!

                                            Steven Klein AZ9548
                                            8/7/2019



Steven Klein AZ9548
P.O. BOX - 2199
Blythe, CA 92226

Legal Mail 18-56585
2-8-19 / CR 25-2 (2) Notice of Delay

TO: Molly C. Dwyer, Clerk
U.S. Court of Appeals
P.O. BOX - 193939
San Francisco, CA 94119 - 3939

#4 of 5

Steven Klein AZ9548
P.O. BOX - 2199
Blythe, CA 92226

Legal Mail (18-56585)
2-8-2019 / 25-2 Notice/2 nd Att.

TO: Molly C. Dwyer, Clerk
U.S. Court of Appeals / 9th Circuit
P.O. BOX - 193939
San Francisco, CA 94119 - 3939



Steven Klein AZ9348
P.O. Box 2199
Blythe, CA 92226

Legal Mail (18-56585)
8-8-19/CR 25-2(a) Notice of delay

#3 of 5

TO: Molly C. Dwyer, Clerk

U.S. Court of Appeals

P.O. Box - 193939

San Francisco, CA 94119 - 3939

Steven Klein AZ9548
P.O. Box- 2199
Blythe, CA 92226

Legal Mail - (18-56585)
8-8-19 / CR 25.2(a) Notice of Delay

TO: Molly C. Dwyer, Clerk

U.S. Court of Appeals

P.O. Box - 193939

San Francisco, CA 94119 - 3939

Steven Klein AZ9548
P.O. Box - 2199
Blythe, CA  92226

Legal Mail (18-56585)
8-8-2019 / 25-2 notice/2nd att.

(#2 of 5)

TO: Molly C. Dwyer, Clerk
U.S. Court of Appeals / 9th Circuit
P.O. Box - 193939
San Francisco, CA  94119-3939

Case 2:19-cv-08062-DSF-AS   Document 1   Filed 09/18/19   Page 17 of 62   Page ID #:17

# EXhibit - C

# 8 - 18 - 2019

Correspondence

(4 - letters sent)

(all copies)

(2) Molly c. Dwyer

(2) Karen M. Burton

Steven Klein
CDCR # AZ9548
P.O. Box - 2199
Blythe, CA 92226

Court of Appeals Docket # 18-56585

U.S.D.C. Docket # 3:17-cv-00380-JAH-RBM
for Southern District

---

Steven Klein

      (Appellant)


    v.


State of California, et al;
    and/or
Neil McDowell (Warden)

      (Appellee)

---

RE: Clerk's Office failure to respond to a host of recent "NOTICE OF DELAY" pursuant to "Circuit Rule 25-2."
Failure to provide current Court-Docket reflecting aforementioned "NOTICE OF DELAY" submissions.

Said delay is tantamount to this Court's failure to exercise it's jurisdiction.

U.S. Court of Appeals
In the Ninth Circuit
Post Office Box - 193939
San Francisco, CA 94119-3939

---

Dear Karen M. Burton,    August 18, 2019


On January 30, 2019, you exercised the uttermost dilligence in your having made that miraculous discovery prompting you to issue an ORDER for RECONSIDERATION, pursuant FRAP 4(a)(4). (see; DKT. #4, of Case #18-56585).

What I have found to be utterly ironic, is the absolute manner in which you and your office now appear to have deployed a STRATAGEM designed to DEFER the prosecuting of the above entitled matter.

Please enlighten me, what happened to all of your ZEALOUS-DILIGENCE which enabled you to make that CONSPICUOUS discovery, spoke of above (DKT. #4)??

Hopefully the ARDENT-ASSIDUITY wasn't all spent on (DKT. #4), because this matter sits idle, despite my having advanced a myriad of attempts at communicating to this Clerk's office & Court, of the UNDUE DELAY, pursuant to "Circuit Rule 25-2."

Should my presumptions be incorrect, allow me to apologize, and request an UPDATED-COURT-DOCKET demonstrating -- once again -- the utmost PROFESSIONALISM your office exhibited in the "DKT. #4" discovery; the DOCKET will display recent uploads of my many communications as to the "UNDUE DELAY."

Thank You,    Steven Klein, 8/18/19

Steven Klein AZ9548
P.O. Box - 2199
Blythe, CA 92226

Legal Mail / C.R. 25-2
Sent 8-18-19

1 of 4

TO: Molly C. Dwyer - Clerk
Ninth Circuit Court of Appeals
P.O. Box - 193939
San Francisco, CA 94119-393

Steven Klein AZ9548
P.O. Box - 2199
Blythe, CA 92226

Legal Mail / C.R. 25-2
Sent 8-18-19

2 of 4

TO: Molly C. Dwyer - Clerk
Ninth Circuit Court of Appeals
P.O. Box - 193939
San Francisco, CA 94119-39





# EXhibit - D

## 8-19-2019

"Certified Mail"

" 7017 0660 0000 2396 3097"

"Delivered `8-23-2019`""

(Compilation of all Exhibits were Forwarded to the Court)

Steven Klein AZ9548
P.O. Box - 2199
Blythe, CA 92226

RE: Circuit Rule 25-
Notice of Delay
excess of 4-Mont



the Court; or

erk of the Court

als - Ninth Circuit

San Francisco, CA 94103

LEGAL MAIL
Sent 8/19/2019

U.S. Postal Service™
CERTIFIED MAIL RECEIPT
Domestic Mail Only

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To K. Burton or M. Dwyer @ USCA (9th Cir.)
Street and Apt. No., or PO Box No.
95 Seventh Street
City, State, ZIP+4®
San Francisco, CA 94103 "+4"

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Molly C. Dwyer; or,
   Karen M. Burton
   U.S. Court of Appeals BLDG.
   95 Seventh Street
   San Francisco, CA 94103

   9590 9402 3833 8032 7966 00

2. Article Number *(Transfer from service label)*

   7017 0660 0000 2396 3097

   7017 0660 0000 2396 3097

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

G. Cortez Gufcy

# 91039

8/18/19

**Track Another Package  +**



**Tracking Number:** 70170660000023963097                    Remove ✕

Your item was delivered to an individual at the address at 10:48 am on August 23, 2019 in SAN FRANCISCO, CA 94103.

## ☑ Delivered

August 23, 2019 at 10:48 am
Delivered, Left with Individual
SAN FRANCISCO, CA 94103

Get Updates ⌄

---

**Text & Email Updates**                                     ⌄

---

**Tracking History**                                         ⌄

---

**Product Information**                                      ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

https://tools.usps.com/go/TrackConfirmAction?tLabels=7017+0660+0000+2396+3097      8/26/2019

Case 2:19-cv-08062-DSF-AS Document 1 Filed 09/18/19 Page 26 of 62 Page ID #:26



Name and Address of Sender

Check type of mail or service:

☐ Adult Signature Required ☐ Adult Signature Restricted Delivery
☐ Certified Mail ☐ Recorded Delivery (international)
☐ COD ☐ Registered
☐ Delivery Confirmation ☐ Return Receipt for Merchandise
☐ Express Mail ☐ Signature Confirmation
☐ Insured

Affix Stamp Here
(If issued as a certificate of mailing or for additional copies of this bill)
Postmark and Date of Receipt

| Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | Fee | Handling Charge | A P if |
|---|---|---|---|---|---|
| 1. 70 7060 0000 8738 per Chrina Brown Klein AZ1547 | Per Court Clerk Burton + D. Dwyer Clerk US Court Appeals 9th Cir 95 seventh District Court CA | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Sent To K.Burton or M.Dwyer @ USCA (9
Street and Apt. No., or PO Box No. 95 Seventh Street
City, State, ZIP+4® San Francisco, CA 94103 "+4"

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

# EXhibit - E

## 8-20-2019

## Correspondence

Steven Klein
CDCR # AZ9548
P.O. Box - 2199
Blythe, CA 92226

Court of Appeals Docket # 18-56585

U.S.D.C. Docket # 3:17-cv-00380-JAH-RBM
for Southern District

Steven Klein
    (Appellant)

v.

State of California, et al;
    and/or
Neil McDowell (Warden)
    (Appellee)

RE: URGENT REQUEST of Clerk's office to
ACKNOWLEDGE the plethora of
submissions pertaining to CIRCUIT-
RULE 25-2(1) regarding UNDUE-DELAY;

Clerk's office failure to calender
matter (timely) is depriving Appellant
of "RIGHT OF ACCESS TO THE COURTS;"

U.S. Court of Appeals
In the Ninth Circuit
Post Office Box - 193939
San Francisco, CA 94119-3939

Appellant request updated COURT-
DOCKET reflecting recent activity
identifying his having communicated
the "UNDUE DELAY" longer than FOUR-
Months. (C.R. 25-2(1)).

8/20/19

Dear Clerk of the Court (Molly C. Dwyer and/or Deputy Clerk, Karen M. Burton)

Due to your office's failure to respond to each of my duly submitted attempts at communicating to your agency -- pursuant to "Circuit Rule 25-2 (1): a motion has been pending for longer than 4-months"-- I will continue my endeavor with the uttermost resolution, until such time I am convinced my fundamental constitutional right to use the court system, based on the First, Fifth and Fourteenth Amendments of the Constitution; also known as "RIGHT OF ACCESS TO THE COURTS," has been fully restored.

Due to the Clerk of the Court, Molly C. Dwyer, having exercised "Judgement" and/or "Choice" in her decision not to perform the clerical duties for which her job description mandates, I, Steven Klein (Appellant/Pro Se) will begin exercising my right to hold those accountable whom have interfered and deprived of said rights, via

instituting of legal proceedings via; "Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971):" or perhaps "Federal Tort Claims Act," due to the "intentional infliction of emotional distress" causes via "abuse of process" where Molly C. Dwyer continue to deprive Appellant-Klein of his aforementioned "RIGHT OF ACCESS TO THE COURTS."

As the attached exhibits effectively demonstrate, Appellant-Klein has put forth a novel degree of diligence in his attempts to "communicate the undue delay" concerning his application for (COA), for which has been pending since February, 2019. It would behoove of the Clerk's office to respond to Appellant-Klein's belated request for un updated DOCKET reflecting recent activity; specifically "Circuit Rule-25-2:(1) 'a motion has been pending for longer than 4-Months.'"

Meanwhile, Appellant-Klein will beging seeking a preliminary injunction, via § 1983.

For the fact the USDC was found to have been accumulating a plethora of Appellant-Klein's motions, as noticed via the "Nunc Pro Tunc" dates in docket #'s 45 thru 54, which had the court uploading Appellant-Klein's submissions many months after the Court had received them, lends credence as to the judicial corruption (coup) that continues to afflict Appellant-Klein's legal endeavor. (see: USDC docket # above, 45-51).

Please, calender the matter for an expedited granting of (COA) for the pending application; Appellant-Klein's resolution in acquiring JUSTICE is not subject to daunt. Short of State Bad-Actors MURDERING Appellant-Klein upon his release, he will make a formal visit to USCA's Ninth Circuit in effort to learn of the impediment which prevents the Clerk's office from performing the mandatory duties of their job description?

So, please save me the trip to San Francisco!

Submitted: 8/20/2019

Steven Klein,



LEGAL MAIL
07-2019: NOTICE OF DELAY

Clerk of the Court: Molly C. Dwyer

United States Court of Appeals (9th circuit)

P.O. Box - 193939

San Francisco, CA 94119-3939

# EXhibit — F

# 8 - 26 - 2019

## Correspondence

Steven Klein AZ9548                                          August 26, 2019
P.O. Box 2199
Blythe, CA 92226

                                        RE: USCA (9th. Circuit)
                                        Case NO: 18-56585


To: Molly C. Dwyer (or Successor)


    Despite my unprecedented due diligence, your office while under your leadership, has categorically and constructively obstructed my "RIGHT TO ACCESS OF THE COURTS," by having wittingly refused to calendar the above entitled matter for the granting of (COA).


    It can be of no coincidence your office has both failed to respond to the myriad of "NOTICE OF DELAY, pursuant to CIRCUIT RULE 25-2(1)," and failed to timely respond to my request for (COA). It is ultimately your duty to act as a intermediary; your duty is NOT optional; hence, it is OBLIGATORY; absolutely MANDATORY. Something your office has exercised careful JUDGEMENT & CHOICE in electing to OBSTRUCT JUSTICE.


    Today I received confirmation your office recieved the CERTIFIED PACKAGE I'd forwarded directly to you (Molly C. Dwyer) and/or Karen M. Burton, on 8/23/2019, containing the following contents:


1) 7/19/2019 "Form 26 Notice Of Delay" with letter;
2) 8/7/2019 letter noticing of UNDUE DELAY;
3) 8/18/2019        "          "
4) 8/20/2019        "          "


    Despite such diligence on my part, your office can't seem to muster the integrity to perform the mandatory functions for which your office is required by law to carry out.


    With the recent 8/23/2019 confirmation of your office having been delivered NOTICE OF DELAY, pursuant to CIRCUIT RULE 25-2(1), perhaps you will succumb to actually performing your duties, and cease & desist from initiating any further stratagems designed to relieve from accountability the corrupted coup from which I so duly seek relief.


    Should you and your office believe I am wrong in my fact based determination that your office is responsible for said undue delay, please enlighten me.

                                    8-26-18     Steven Klein

Steven Klein A29548
P.O. Box 2199
Blythe, CA 92226

TO: Molly C. Dwyer (or Successor) Clerk of the Court

U.S. COURT OF APPEALS IN THE NINTH CIRCUIT

P.O. Box - 193939

San Francisco, CA 94119 - 3939

LEGAL MAIL

SENT 8/26/2019

RE: UNDUE DELAY
PARAMOUNT TO
OBSTRUCTION OF
JUSTICE. CLERK'S
OFFICE REFUSING
TO COMMUNICATE
W/APPELLANT

# Exhibit - G

## 8-28-2019

# Correspondence

Steven Klein
CDCR # AZ9548
P.O. Box - 2199
Blythe, CA 92226

Court of Appeals Docket # 18-56585

U.S.D.C. Docket # 3:17-cv-00380-JAH-RBM
for Southern District

Steven Klein
     (Appellant)

    v.

State of California, et al;
    and/or
Neil McDowell (Warden)
    (Appellee)

RE: Corruption in the NINTH CIRCUIT
    COURT OF APPEALS Clerk's office.

(2) Failure to RESPOND to Appellant
    Steven Klein.

(3) Clerk's office is under siege via
    tyrannical coup whom refuse to
    calender above entitled matter.

(4) Obstruction Of Justice.

U.S. Court of Appeals
In the Ninth Circuit
Post Office Box - 193939
San Francisco, CA 94119-3939

Court Clerk Molly C. Dwyer

Date: 8 /28/2019

Your office in failing to respond to my host of attempts at communicating to your office a "NOTICE OF DELAY" pursuant to CIRCUIT RULE 25-2(1): A motion has been pending for longer than 4-Months; is depriving me, Steven Klein, of "RIGHT OF ACCESS TO THE COURTS."

Please take notice; your acts/omissions are depriving me of RIGHTS, and as a direct result, are subjecting me, Steven Klein, to the irreparable injury of loss of freedom, rights, priviledges, immunities, etc...

I'm urging your Clerk's office communicate your office is fulfilling your legal and ethical obligation of calendering the above entitled matter for the issuing of (COA), forthwith. Failure to do so will only aggravate your and your dept.'s liability.

Provide court Docket (updated)

Please Respond,

8-28-19

Steven Klein AZ9548

# Exhibit - H

# 7-2-2019

## Correspondence

## (4 Copies Sent)

Docket (18-56585/#12) identifies the court as having received Plaintiff's request, as it only pertained to a request for an updated docket. Lending Substantial credence to the Clerk's office receiving of Mail, yet wittingly elects to defer calendering said matter.

Case 2:19-cv-08062-DSF-AS    Document 1    Filed 09/18/19    Page 37 of 62    Page ID #:37

Steven Klein AZ9548
P.O. Box - 2199
Blythe, CA 92226

Legal Mail / 18-56585
2-2-19

#2 of 4

U.S. Court of Appeals / 9th circuit

P.O. Box - 193939

San Francisco, CA    94119 - 3939

Steven Klein AZ9548
P.O. Box - 8199
Blythe, CA 92226

Legal Mail / 18-56585
2-19

U.S. Court of Appeals / 9th circuit

P.O. Box - 193939

Steven Klein AZ9548
P.O. Box 2199
Blythe, CA 92226

Legal Mail / 18-56585
9-2-19

#4 of 4

Steven Klein AZ9548
P.O. Box - 2199
Blythe, CA 92226

Legal Mail / 18-56585
9-2-19

U.S. Court of Appeals / 9th Circuit

P.O. Box - 193939

San Francisco, CA    94119 - 3939

U.S. Court of Appeals / 9th Circuit

P.O. Box - 193939

San Francisco, CA

94119 - 3939

# Exhibit - I

# 8 - 15 - 2019

# Judicial Complaint

As of the Filing of this device, (Bivens/§1331) Plaintiff has not received notice it was received. Should the Clerk's office have processed said Complaint upon reception, please ignore this Exhibit; (in that unlikely event).

Klein H2Y548
P.O. Box - 2199
Blythe, CA 92226

Legal Mail

Sent Aug. 15, 2019

$001.505

U.S. Court of Appeals

Attention: Clerk's Office — Molly C. Dwyer

Notice: Complaint of Judicial Misconduct/Disability

P.O. Box — 193939

San Francisco, CA

94119 - 3939

... Klein #249348

Box - 2199

..., CA 92226

Sat Aug 15th 19

Legal Mail

U.S. Court of Appeals

Attention: Court Clerk - Molly C. Dwyer

Notice: Complaint of Judicial Misconduct & Disability

P.O. Box - 193939

San Francisco, CA 94119-3939

Case 2:19-cv-08900-DSF-JS Document 11 Filed 08/18/19 Page 41 of 62 Page ID ...

# Exhibit - J

## CDCR - 119 ; Out - going

Legal - Mail Ledger identifying Plaintiff's "Proof of Service" as to the enclosed exhibits.

| Date | Name | CDC. | Addressee |
|------|------|------|-----------|
| 6/12/2019 | KLEIN | AZ9548 | OFF OF CHIEF TRIAL COUNSEL, INTAKE UNIT, 845 S. FIGUEROA ST., LA CA 90017 |
| 6/17/2019 | KLEIN | AZ9548 | SUPERIOR CT OF CA, EL CAJON, 250 E MAIN ST., EL CAJON, CA 92020 |
| 6/20/2019 | KLEIN | AZ9548 | CA SUP CRT CO OF RIVERSIDE/BLYTHE, 265 N BROADWAY, BLYTHE, CA 92225 |
| 6/28/2019 | KLEIN | AZ9548 | US CT OF APPEALS 9TH CIRCUIT, POB 193939, SAN FRANCISCO CA 94119 |
| 7/2/2019 | KLEIN | AZ9548 | U.S.C.A P.O. BOX 193939 SAN FRANCISCO, CA 94119 |
| 7/2/2019 | KLEIN | AZ9548 | U.S.C.A P.O. BOX 193939 SAN FRANCISCO, CA 94119 |
| 7/2/2019 | KLEIN | AZ9548 | U.S.C.A P.O. BOX 193939 SAN FRANCISCO, CA 94119 |
| 7/2/2019 | KLEIN | AZ9548 | U.S.C.A P.O. BOX 193939 SAN FRANCISCO, CA 94119 |

| Date | Name | CDC. | Addressee |
|------|------|------|-----------|
| 7/2/2019 | KLEIN | AZ9548 | SUPERIOR COURT OF CA. 265 N. BROADWAY BLYTHE CA 92225 |
| 6/20/2019 | KLEIN | AZ9548 | CCHS/FINANDER & SHAH, 19005 WILY'S WELL RD., BLYTHE, CA 92225 |
| 7/11/2019 | KLEIN, STEVEN | AZ9548 | HEALTH CARE DEPRIVATION UNIT PO BOX 588500 ELK GROVE CA 95758 |
| 7/16/2019 | KLEIN, STEVEN | AZ9548 | C.H.P. ATT: COMMISIONER PO BOX 942898 SACRAMENTO,CA 94298 |
| 7/16/2019 | KLEIN, STEVEN | AZ9548 | C.H.P. ATT: MR. ROMO OF OIA PO BOX 942898 SACRAMENTO CA 94298 |
| 7/16/2019 | KLEIN, STEVEN | AZ9548 | CA SUP CRT/EL CAJON 250 E. MAIN ST EL CAJON, CA 92020 |
| 7/16/2019 | KLEIN, STEVEN | AZ9548 | THE STATE BAR OF CA 845 S. FIGUEROA ST L.A. CA 90017 |
| 7/22/2019 | KLEIN, STEVEN | AZ9548 | US COURT OF APPEALS 9TH CIRCUIT PO BOX 193939 SAN FRANCISCO CA 94119 |

Case 2:19-cv-08062-DSF-AS   Document 1   Filed 09/18/19   Page 45 of 62   Page ID #:45

| Date | Name | CDC. | Addressee |
|------|------|------|-----------|
| 7/22/2019 | KLEIN, STEVEN | AZ9548 | US COURT OF APPEALS 9TH CIRCUIT PO BOX 193939 SAN FRANCISCO CA 94119 |
| 7/22/2019 | KLEIN, STEVEN | AZ9548 | US SUPREME COURT 1 FIRST STREET NE WASHINGTON DC 20543 |
| 7/22/2019 | KLEIN, STEVEN | AZ9548 | US SUPREME COURT 1 FIRST STREET NE WASHINGTON DC 20543 |
| 7/29/2019 | KLEIN, STEVE | AZ9548 | CA SUPERIOR CRT/ EL CAJON 250 E. MAIN ST EL CAJON, 92020 |
| 7/29/2019 | KLEIN, STEVEN | AZ9548 | HEALTH CARE DEPRIVATION UNIT P BOX 588500 ELK GROVE, CA 95758 |
| 8/5/2019 | KLEIN, STEVEN | AZ9548 | CA STATE AUDITOR PO BOX 1019 SACRAMENTO, CA 95812 |
| 8/5/2019 | KLEIN, STEVEN | AZ9548 | CA ST AUDITOR PO BOX 1019 SACRAMENTO, CA 95812 |
| 8/5/2019 | KLEIN, STEVEN | AZ9548 | CA ST AUDITOR PO BOX 1019 SACRAMENTO, CA 95812 |

Case 2:19-cv-08062-DSF-AS   Document 1   #:46   Filed 09/18/19   Page 46 of 62   Page ID

| Date | Name | CDC. | Addressee |
|---|---|---|---|
| 8/5/2019 | KLEIN, STEVEN | AZ9548 | CA ST AUDITOR PO BOX 1019 SACRAMENTO, CA 95812 |
| 8/9/2019 | KLEIN, STEVEN | AZ9548 | MOLLY DWYER, CLRK US CRT OF APPEALS 9TH CIRCUIT PO BOX 193939 SAN FRANCISCO, CA 94119 |
| 8/9/2019 | KLEIN, STEVEN | AZ9548 | MOLLY DWYER CLRK US CRT OF APPEALS 9TH CIRCUIT PO BOX 193939 SAN FRANCISCO, CA 94119 |
| 8/9/2019 | KLEIN, STEVEN | AZ9548 | MOLLY DWYER, CLRK US CRT OF APPEALS PO BOX 193939 SAN FRANCISCO, CA 94119 |
| 8/9/2019 | KLEIN, STEVEN | AZ9548 | MOLLY DWYER, CLRK US CRT OF APPEALS PO BOX 193939 SAN FRANCISCO, CA 94119 |
| 8/9/2019 | KLEIN, STEVEN | AZ9548 | MOLLY DWYER, CLRK US CRT OF APPEALS PO BOX 193939 SAN FRANCISCO, CA 94119 |
| 8/9/2019 | KLEIN, STEVEN | AZ9548 | CCHCS/MD SHAH, MAHESH 19005 WILEY'S WELL RD BLYTHE CA 92225 |
| 8/9/2019 | KLEIN, STEVEN | AZ9548 | CCHCS/(CME)(MD) FINANDER, PAULETTE 19005 WILEY'S WELL RD BLYTHE, CA 92225 |

| Date | Name | CDC. | Addressee |
|------|------|------|-----------|
| 8/9/2019 | KLEIN, STEVEN | AZ9548 | SUP CRT OF CA RIVERSIDE 265 N. BROADWAY BLYTHE CA 92225 |
| 8/15/2019 | KLEIN,STEVEN | AZ9548 | USCA-9TH CIRCUIT ATT: MOLLY DWYER-CLRK PO BOX 193939 SAN FRAN, CA 94119 |
| 8/15/2019 | KLEIN, STEVEN | AZ9548 | USCA-9TH CIRCUIT ATT: MOLLY DWYER-CLRK PO BOX 193939 SAN FRANCISCO, CA 94119 |

8/16/2019

5 of 5

Case 2:19-cv-08062-DSF-AS   Document 1   Filed 09/18/19   Page 48 of 62   Page ID #:48

| Date | Name | CDC. | Addressee |
|------|------|------|-----------|
| 8/16/2019 | KLEIN, STEVEN | AZ9548 | CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO CA 94283 |
| 8/19/2019 | KLEIN, STEVEN | AZ9548 | MOLLY C DWYER-CRT CLRK 9TH CIRCUIT CRT OF APPEALS PO BOX 193939 SAN FRANCISO ,CA 94119 |
| 8/19/2019 | KLEIN, STEVEN | AZ9548 | MOLLY C DWYER-CRT CLRK 9TH CIRCUIT CRT OF APPEALS PO BOX 193939 SAN FRANCISCO, CA 94119 |
| 8/19/2019 | KLEIN, STEVEN | AZ9548 | KAREN M BURTON DEP CLRK 9TH CIRCUIT CRT OF APPEALS PO BOX 193939 SAN FRANCISCO, CA 94119 |
| 8/19/2019 | KLEIN, STEVEN | AZ9548 | KAREN M BURTON-DEP CLRK 9TH CIRCUIT CRT OF APPEALS PO BOX 193939 SAN FRANCISCO, CA 94119 |
| 8/20/2019 | KLEIN, STEVEN | AZ9548 | MOLLY C. DWYER/KAREN BURTON US CRT OF APPLS (9TH CIRCUIT) 95 7TH ST. SAN FRAN, CA 94103 ( 701700 |
| 8/21/2019 | KLEIN, STEVEN | AZ9548 | CLRK OF THE CRT: MOLLY DWYER U.S.C.A. (9TH CIRCUIT) PO BOX 193939 SAN FRANCISCO, CA 94119 |
| 8/27/2019 | KLEIN, STEVEN | AZ9548 | MOLLY DWYER USCA 9TH CIRCUIT PO BOX 193939 SAN FRANCISCO CA 94119 |

Case 2:19-cv-08062-DSF-AS   Document 1   Filed 09/18/19   Page 49 of 62   Page ID #:49

| Date | Name | CDC. | Addressee |
|------|------|------|-----------|
| 8/29/2019 | KLEIN, STEVEN | AZ9548 | U.S.C.A. ATT: MOLLY DWYER PO BOX 193939 S.F., CA 94119 |
| 8/30/2019 | KLEIN, STEVEN | AZ9548 | PUB DEFENDERS OFF ATT: DAVID THOMPSON 250 E. MAIN ST 6TH FL EL CAJON, CA 92020 |

| Date | Name | CDC. | Addressee |
|------|------|------|-----------|
| 9/3/2019 | KLEIN, STEVEN | AZ9548 | SUP CRT OF CA- RIVERSIDE 265 N. BROADWAY BLYTHE, CA 92225 |
| 9/3/2019 | KLEIN, STEVEN | AZ9548 | CCHCS PAULETTE FINANDER OR SUCCESSOR 19005 WILEYS WELL RD BLYTHE CA 92225 |
| 9/3/2019 | KLEIN, STEVEN | AZ9548 | CCHCS DR MAHESH SHAH 19005 WILEYS WELL RD. BLYTHE, CA 92225 |

9/3/2019



EXhibit — **K**

9 — 10 — 2019

**5** - letters

**3** to Molly C. Dwyer

2 to Karen M. Burton

Steven Klein
CDCR # AZ9548
P.O. Box - 2199
Blythe, CA 92226

Court of Appeals Docket # 18-56585

U.S.D.C. Docket # 3:17-cv-00380-JAH-RBM
for Southern District

---

Steven Klein
              (Appellant)

v.

State of California, et al;
      and/or
Neil McDowell (Warden)
              (Appellee)

RE: Request of USCA (9th Cir.) Clerks
    Molly C. Dwyer & Karen M. Burton to
    cease & desist with current stratagem
    which deprives Appellant of "RIGHT TO
    ACCESS OF THE COURTS."
(2) Calender of entitled matter whereas a
    Panel may grant COA for meritorious
    application which has been pending
    longer than 4-months. (Circuit Rule-
    25-2 (1)).
(3) Forward updated docket addressing
    #1, 2 and 3, of page-2 (below).

U.S. Court of Appeals
In the Ninth Circuit
Post Office Box - 193939
San Francisco, CA 94119-3939

---

Dear Court Clerk, Molly C. Dwyer,                          9/5/2019

    Appellant Klein continues to communicate with the court, concerning the
the courts failure to exercise it's jurisdiction in the above entitled matter,
despite it being the courts duty to do so; thus Appellant Klein respectfully
request of the Clerk, Molly C. Dwyer, through her office, inform Appellant as
to the the present status of his application for (COA)?
    Perhaps the Clerk's office through Karen M. Burton neglected to lift the
"STAY" articulated in (docket #4 and #7), executed on January 30, 2019, and
alleged to have been lifted on February 15, 2019.
    Appellant does not wish to burden the court with excessive filings;
however, justice delayed is justice denied. And this court through it's Clerk's

Page 1

office has refused to communicate with Appellant in spite of the diligent efforts Appellant has put forth.

Again, please update Appellant, via:

1) Confirm there is NO impediment to the above entitled (18-56585/9th.Cir.) matter being scheduled for the granting of (COA) ?

2) This may be done by providing a letter to Appellant by a duly authorized representative of the USCA Clerk's office, wherein, such agent may attest to said matter currently awaiting Panel review ?

3) Please provide an updated court docket (18-56585) identifying, pursuant to Circuit rule: 25-2(1); Appellant has communicated to the USCA there is a motion pending longer than four (4) months.

Currently, there is an undue delay for which the court in refusing to acknowledge and communicate with Appellant the reason for such delay, is constructively depriving Appellant of the "RIGHT OF ACCESS TO THE COURTS;" hence, cognizable via "Bivens v.Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)" and "28 U.S.C. §1331."

Appellant Klein has the "RIGHT OF ACCESS TO THE COURTS." The First Amend. Const. provides the right to "petition the courts," and the Fifth and Fourteenth Amendments of the Constitution provide "due process of law." The Clerk's office via Molly C. Dwyer and her Deputy Clerk's, are depriving Appellant Klein of no less than the aforementioned rights, via hindering Appellants "RIGHT OF ACCESS TO THE COURTS," through the acts/omissions designed to forestall Appellant's ability to seek relief, which in turn has subjected him to "INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS."

Appellant's only desire is to seek justice; in order for said desire to be effectuated, Appellant is reliant upon the USCA Clerk's office to perform the ministerial duties for which their duties of their job description demand.

If Appellant is not mistaken, each Clerk upon being hired by the court, pledged an oath to the Constituion, for which this office under the direction

Page 2

of Molly C. Dwyer, has defied said oath, in a manner evincing corruption and wantonness.

Please take the time to communicate with Appellant Klein that the above entitled matter is scheduled for review via court Panel. Failure to do so will only seek to confirm this court Clerk's office as having orchestrated a stratagem designed to interfere -- unjustifiably -- with Appellants "RIGHT OF ACCESS TO THE COURTS."

Your assiduous attention would be appreciated. I look forward to your complying with my aforementioned request, enumerated #'s 1, 2 and 3.(on page#2).

On October 23, 2019 I expect to be released, which will make my communicating with the court all that much easier, via phone, email, in person, etc... At that time I will be able to apply an unprecedented degree of assiduity in my resolute and tanacious, conquest.

Molly C. Dwyer, Karen M. Burton, please, take the time to fulfil your duties and relay the STATUS of my pending request for COA? (or lack thereof)

Sorry for your plight,
Steven Klein,

Page 3

Case 2:19-cv-08062-DSF-AS Document 1 Filed 09/18/19 Page 55 of 62 Page ID #:55

Steven Klein AZ9548
P.O. Box -2199
Blythe, CA 92226

Clerk's Dwyer & Burton wittingly refuse to communicate w/Appellant in effort to deprive of access to the courts, devesting Appellant of 1st & 14th Amend.Const..

sent 9/10/19

**TO:** U.S. Court of Appeals, Ninth Circuit
ATTN: Molly C. Dwyer — Court Clerk
P.O. Box — 193939
San Francisco, CA 94119 -3939

Steven Klein AZ9548
P.O. BOX-2199
Blythe, CA 92226

Clerk's Burton & Dwyer refuse to calender matter, respond to appellant; delay has exceeded longer than 4-months.

sent 9/10/19

**TO:** U.S. Court of Appeals (9th Circuit)
ATTN: Karen M. Burton — Deputy Clerk
P.O. Box — 193939
San Francisco, CA 94119 -3939

Steven Klein AZ9548
P.O. Box 2199
Blythe, CA 92226

Clerk's office has
deployed stratagem
depriving Appellant
of "Right of Access
to the Courts; Case
sits idle while
Clerk's refuse to
correspond; delay
in excess of 4-
months.

sent 9/10/19

**TO:** U.S. Court of Appeals (9th Circuit)
ATTN: Molly C. Dwyer — Court Clerk
P.O. Box — 193939
San Francisco, CA 94119 - 3939

Steven Klein AZ9548
P.O. Box - 2199
Blythe, CA 92226

Clerk's Burton & Dwyer
seek to deprive Appellant
of RIGHT OF ACCESS TO THE
CCURTS via refusing to
calender matter and
communicate w/Appellant;
Undue delay; failure to
prosecute;dereliction of
duty.

sent 9/10/19

**TO:** U.S. Court of Appeals, Ninth Circuit
ATTN: Molly C. Dwyer — Court Clerk
P.O. Box — 193939
San Francisco, CA 94119 -3939

Case 2:19-cv-08062-DSF-AS Document 1 Filed 09/18/19 Page 56 of 62 Page ID #:56

Steven Klein AZ9348
P.O. Box - 2199
Blythe, Cf 92226

Case 2:19-cv-08062-DSF-AS   Document 1   Filed 09/18/19   Page 57 of 62   Page ID #:57

Deprivation of
access to the
courts; notice
of delay longer
than 4-months;
Clerk's refuse
to communicate
w/Appellant.

sent 9/10/19

**TO:** U.S. Court of Appeals (9th Circuit)
ATTN: Karen M. Burton - Deputy Clerk
P.O. Box - 193939
San Francisco, CA 94119-3939

| Date | Name | CDC. | Addressee |
|------|------|------|-----------|
| 9/11/2019 | KLEIN, STEVEN | AZ9548 | USCA/9TH CIR. MOLLY DWYERS PO BOX 193939 SAN FRANCISCO, CA 94119 |
| 9/11/2019 | KLEIN, STEVEN | AZ9548 | U.S.C.A/9TH CIR. MOLLY DWYER PO BOX 193939 SAN FRANCISCO, CA 94119 |
| 9/11/2019 | KLEIN, STEVEN | AZ9548 | U.S.C.A./9TH CIR. MOLLY DWYER PO BOX 193939 SAN FRANCISCO, CA 94119 |
| 9/11/2019 | KLEIN, STEVEN | AZ9548 | U.S.C.A./ 9TH CIR KAREN BURTON PO BOX 193939 SAN FRANCISCO, CA 94119 |
| 9/11/2019 | KLEIN, STEVEN | AZ9548 | U.S.C.A./9TH CIR KAREN BURTON PO BOX 193939 SAN FRANCISCO, CA 94119 |



IRONWOOD STATE PRISON

BLYTHE, CALIFORNIA

# E-FACILITY



## OUTGOING LEGAL MAIL

Date: 9-10-19

| Inmate Name & CDC # | Legal Address | Staff Name | Staff Signature |
|---|---|---|---|
| Klein, Steven AZ9548 | U.S.C.A./9th Cir. Molly C. Dwyer P.O. Box 193939 S.F., CA 94119-3939 | | |
| Klein, Steven AZ9548 | U.S.C.A./9th Cir. Molly C. Dwyer P.O. Box - 193939 S.F., CA 94119-3939 | | |
| Klein, Steven AZ9548 | U.S.C.A./9th Cir. Molly C. Dwyer P.O. Box - 193939 S.F., CA 94119-3939 | | |
| Klein, AZ9548 AZ9548 | U.S.C.A./9th Cir. Karen M. Burton P.O. Box 193939 S.F., CA 94119-3939 | | |
| Klein, Steven AZ9548 | U.S.C.A./9th Cir. Karen M. Burton P.O. Box - 193939 S.F., CA 94119-3939 | | |

# EXhibit - L

# Informa Pauperis Application



Steven Klein AZ 9548
P.O. Box 2199
Blythe, CA 92226

Legal Mail

TO : **U.S.** District Court

312 N. Spring St. #G-8

Los Angeles, CA

90012-4793

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 16 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

