JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEVEN KLEIN, | ) | NO. CV 19-8062-DSF(AS) |
|     Plaintiff, | ) | |
|    v. | ) | **JUDGMENT** |
| MOLLY C. DWYER, et. al., | ) | |
|     Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED. December 20, 2019

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE